# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-547-MOC-DCK

| | |
|---|---|
| JESSICA RONDINA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| LIBERTY MUTUAL INSURANCE COMPANY and ROBERT HALF INTERNATIONAL, INC. LONG TERM DISABILITY PLAN, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) filed by John W. Sulau, concerning Robert M. Wood on January 16, 2018. Mr. Robert M. Wood seeks to appear as counsel *pro hac vice* for Defendants Liberty Life Assurance Company of Boston, Robert Half International, Inc. Long Term Disability Plan. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 10) is **GRANTED.** Mr. Robert M. Wood is hereby admitted *pro hac vice* to represent Defendants Liberty Life Assurance Company of Boston, Robert Half International, Inc. Long Term Disability Plan.

**SO ORDERED**.

Signed: January 16, 2018

David C. Keesler
United States Magistrate Judge