IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-547-MOC-DCK

| JESSICA RONDINA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| LIBERTY MUTUAL INSURANCE COMPANY and ROBERT HALF INTERNATIONAL, INC. LONG TERM DISABILITY PLAN, | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Calvin B. Bennett III, filed a "Certification Of Mediation Session" (Document No. 12) notifying the Court that the parties reached a settlement on January 23, 2018. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **March 9, 2018**.

**SO ORDERED**.

Signed: February 12, 2018

David C. Keesler
United States Magistrate Judge